3/15/21

FILED
MAR 19 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

My Name is Brian Johnson Reg # 52553-056 I writing to Judge Flanagan about Commpassionate Release I was told to write the Clerk of Court in greenville Because this was Courthouse I was Sentence at bein that the One in New bern was bein work on If I'm writing the wrong Courthouse Could you please let me kno But my main Issue is trying to Seek Counsel for Commpassionate Release It's Difficult trying to get to the law libary Due to Covid and I'm Seeking Commpassionate Release Due to me haveing Done Majority of time and would like to take more Classes if granted Commpassionate Release when I'm Release. If you Could make Sure She gets this letter or Appoint Counsel to help me father with this Issue It would mean alot

Thank You  # 52553-056
Brian Johnson