UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-307-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| | ) | |
| BRIAN JOHNSON | ) | |

PLEASE TAKE NOTICE that the undersigned attorney, Nardine Mary Guirguis, has been appointed through the Criminal Justice Act and will be representing the defendant, Brian Johnson, pursuant to Standing Order 19-SO-3, to determine whether the Defendant may qualify to seek a reduction of sentence.

This 25th day of March 2021.

        GUIRGUIS LAW, PA

        /s/ Nardine Mary Guirguis
        Nardine Mary Guirguis
        PANEL Attorney
        434 Fayetteville St., Suite 2140
        Raleigh, North Carolina 27601
        Telephone: (919) 832-0500
        nardine@guirguislaw.com

        *Designation: CJA Appointed*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States via electronic mail to the electronic mail address below, along with placing a copy thereof for appropriate delivery through the USPS at the address stated below as well:

>Jane J. Jackson
>Assistant United States Attorney
>150 Fayetteville St. Suite 2100
>Raleigh, North Carolina 27601
>Jane.Jackson@usdoj.gov

This 25th day of March 2021.

>GUIRGUIS LAW, PA
>
>/s/ Nardine Mary Guirguis
>Nardine Mary Guirguis